UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 06-14667 GMB

Debtor: Nora Torres

| Check Number | Creditor | Amount |
|---|---|---|
| 1678994 | Nora Torres | 1,832.14 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  January 6, 2010